IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES RZEPLINSKI,

    Plaintiff,

v.

TAMMY MAASSEN, LIZZIE TEGELS,
JODI DAUGHERTY, TOMMY ONJUKKA,
EDWARD WALL, DEIRDRE MORGAN,
CHARLES FACKTOR, WELCOME ROSE,
BARBARA DELAP and JODI DEROSA,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-820-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Tammy Maassen, Lizzie Tegels, Jodi Daugherty, Tommy Onjukka, Edward Wall, Deirdre Morgan, Charles Facktor, Welcome Rose, Barbara DeLap and Jodi DeRosa granting their motion for summary judgment and dismissing this case.

| /s/ | 3/28/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |